IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL GROTE AND MARCELLA GROTE,<br><br>*Plaintiff,*<br><br>v.<br><br>AMERICAN ECONOMY INSURANCE CO.,<br><br>*Defendants.* | CIVIL ACTION<br><br>NO. 24-4979 |

## ORDER

**AND NOW**, this 30th day of January 2025, having considered Defendant American Economy Insurance Company's Motion for Partial Summary Judgment, (ECF No. 13), Plaintiffs Michael and Marcella Grote's response, (ECF No. 14), and American Economy's reply, (ECF 16), it is **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. AEIC's Motion is **GRANTED** with respect to the undamaged siding;

2. AEIC's Motion is **DENIED** with respect to the damage to the shingled roof.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.